| | |
|---|---|
| LAW OFFICE OF IRENE KARBELASHVILI | ANDERIES & GOMES LLP |
| Irene Karbelashvili, State Bar Number 232223 | Shane K. Anderies (SBN 215415) |
| Irakli Karbelashvili, State Bar Number 302971 | Allan J. Gomes (SBN 225810) |
| 12 South First Street, Suite 413 | 601 Montgomery Street, Suite 888 |
| San Jose, CA 95113 | San Francisco, California 94111 |
| Telephone: (408) 295-0137 | Telephone: (415) 217-8802 |
| Fax: (408) 295-0142 | Facsimile: (415) 217-8803 |
| | |
| Attorneys for RACHELLE RIDOLA, Plaintiff | Attorneys for Defendants ARENA HOTEL INVESTMENTS, INC., MILL VALLEY MOTEL INVESTMENTS, INC., MORGAN HILL MOTE INVESTMENTS, INC., and NEEDLES MOTEL INVESTMENTS, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHELLE RIDOLA,<br>        Plaintiff,<br><br>vs.<br><br>ARENA HOTEL INVESTMENTS, INC., a California corporation, MILL VALLEY MOTEL INVESTMENTS, INC., a California corporation, MORGAN HILL MOTEL INVESTMENTS, INC., a California corporation, and NEEDLES MOTEL INVESTMENTS, LLC, a California limited liability company, collectively d/b/a ARENA HOTEL; and DOES 1-10, inclusive,<br>        Defendants. | Case No. 5:16-cv-01934-NC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants ARENA HOTEL INVESTMENTS, INC., a California corporation, MILL VALLEY MOTEL INVESTMENTS, INC., a California corporation, MORGAN HILL MOTEL INVESTMENTS, INC., a California corporation, and NEEDLES MOTEL INVESTMENTS, LLC, a California limited liability

company, collectively d/b/a ARENA HOTEL (collectively "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. This action shall be dismissed with prejudice against Defendants pursuant to F.R.C.P. 41(a).
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. No. 29).
3. All parties shall bear their own attorney fees and costs in the action.
4. The Court clerk shall close the case file.

Dated: February 26, 2017        */s/ Irene Karbelashvili*
                                Irene Karbelashvili, Attorney for
                                Plaintiff RACHELLE RIDOLA

Dated: February 27, 2017        */s/ Shane K. Anderies*
                                Shane K. Anderies, Attorney for Defendants
                                ARENA HOTEL INVESTMENTS, INC.,
                                MILL VALLEY MOTEL INVESTMENTS, INC.,
                                MORGAN HILL MOTEL

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I received the concurrence of counsel for Defendants in the filing of this document.

By:        */s/ Irene Karbelashvili*
           IRENE KARBELASHVILI

**[PROPOSED] ORDER**

Having reviewed the above stipulation for dismissal by Plaintiff RACHELLE RIDOLA on the one hand and Defendants MILL VALLEY MOTEL INVESTMENTS, INC., a California corporation, MORGAN HILL MOTEL INVESTMENTS, INC., a California corporation, and NEEDLES MOTEL INVESTMENTS, LLC, a California limited liability company, collectively d/b/a ARENA HOTEL (collectively "Defendants"), on the other hand, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. No. 29).
3. All parties shall bear their own attorney fees and costs in the action.
4. The Court clerk shall close the case file.

Dated:  February 27, 2017

_____
United States



GRANTED
Judge Nathanael M. Cousins